IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| CHARLIE LAMONTE MCKINNEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 620-025 |
| | ) | |
| SERGEANT MULLINS; FNU JACKSON, | ) | |
| Deputy Warden of Security; and FNU | ) | |
| EPPERSON, Unit Manager, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

Plaintiff, an inmate at Autry State Prison in Pelham, Georgia, commenced this case pursuant to 42 U.S.C. § 1983. (Doc. no. 1.) On March 11, 2020, Plaintiff filed a motion to voluntarily dismiss his case without prejudice, stating he has no intention to prosecute this case. (Doc. no. 29.) As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court. Therefore, **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 12th day of March, 2020, at Augusta, Georgia.

_____

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA